PROB 12B
(7/93)

Report Date: March 6, 2006

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**MAR 07 2006**

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
#### *(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:  Channing Christopher Severson          Case Number: 2:03CR00214-001

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen

Date of Original Sentence:  11/09/2004          Type of Supervision:  Supervised Release

Original Offense: Conspiracy to Possess With Intent          Date Supervision Commenced: 08/05/2005
to Distribute Marijuana, 21 U.S.C. § 841(a)(1)

Original Sentence:  Prison - 16 months;          Date Supervision Expires: 08/04/2008
TSR - 36 months

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

18    *Amended Condition:*  You shall abstain from the use of illegal controlled substances, and shall submit to
      urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month,
      in order to confirm continued abstinence from these substances.

### CAUSE

**Special Condition #18:**  You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis
testing, as directed by the supervising probation officer.

**Supporting Evidence Violation #1:**  Channing Severson is considered in violation of his probation in the Eastern
District of Washington by his failure to submit to urinalysis testing on February 2, 2006.

Mr. Severson was required to submit to testing on February 2, 2006, but failed to report as directed. He advised that
he forgot to contact Iverson Center. Prior to this missed urinalysis, Mr. Severson had missed a scheduled urinalysis
test on December 7, 2005. Mr. Severson reported the following day to the probation office and submitted a urinalysis
test as instructed. The sample tested negative for controlled substances. Mr. Severson was warned that any further
missed urinalysis would result in probation notifying the Court.

Prob 12B
**Re: Severson, Channing Christopher**
**March 6, 2006**
**Page 2**

Based on the United States v. Stephens (9th Cir. 2005) case, probation is requesting the above noted modification.

Respectfully submitted,

by _____

Missy K. Kolbe
U.S. Probation Officer
Date: March 6, 2006

## THE COURT ORDERS

[ ]    No Action
[ ]    The Extension of Supervision as Noted Above
[X]    The Modification of Conditions as Noted Above
[ ]    Other

_____
Signature of Judicial Officer

March 7 2006
_____
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

18    *Amended Condition:*   You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

Witness: _____            Signed: _____
                 Missy K. Kolbe                                            Channing Christopher Severson
             U.S. Probation Officer                                 Probationer or Supervised Releasee

_____ **March 6, 2006** _____
            Date